CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 02 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARVIN BLOCKER,<br>　　　　Plaintiff, | ) Civil Action No. 7:13cv00228<br>)<br>) **FINAL ORDER**<br>)|
| v. | )<br>) |
| OFFICER BURGINS *et al.*,<br>　　　　Defendants. | ) By: Samuel G. Wilson<br>) United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim, and this matter is **STRICKEN** from the court's active docket. The clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: July 2, 2013.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE