CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 02 2013

JULIA **C. DUDLEY, CLERK**
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARVIN BLOCKER,<br>Plaintiff, | ) ) ) ) ) ) ) ) | Civil Action No. 7:13cv00228<br><br>**FINAL ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |
| v. | | |
| OFFICER BURGINS *et al.*,<br>Defendants. | | |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim, and this matter is **STRICKEN** from the court's active docket. The clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** July 2, 2013.

UNITED STATES DISTRICT JUDGE